IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   03-M-234

STEPHANIE KNUTH,

    Plaintiff(s),

v.

DEN C 105, LLC,

    Defendant(s).
_____

ORDER OF DISMISSAL
_____

This matter having come before the Court on the Joint Stipulation of Settlement, filed on July 15, 2005, it is

ORDERED that this complaint and action are dismissed with prejudice, each party to bear its own attorney fees, expenses and costs.

DATED: July 18th, 2005

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge